UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LEGAL HELPERS DEBT RESOLUTION, LLC                                              APPELLANT

V.                                                                    CIVIL ACTION NO. 3:14CV584 DPJ-FKB

DEREK HENDERSON                                                                          APPELLEE

ORDER

This bankruptcy appeal is before the Court on Appellant's second and third "emergency" motions.  On August 25, 2014, Appellant filed an "Emergency Motion for Entry of Order Directing the Clerk's Office to Complete the Record on Appeal."  Mot. [13].  Appellant asks the Court to direct the Clerk's office to file the transcripts of hearings held by the Bankruptcy Court on January 11, August 26, November 20, and November 22, 2013, within seven (7) days.  These transcripts were docketed by the Clerk's office on August 1, 2014.  *See* Second Supplement to Clerk's Certificate [9].  However, Appellant is unable to view these transcripts because it has not purchased the transcripts from the transcriber.  Accordingly, Appellant's motion [13] is considered moot.

On August 27, 2014, Appellant filed an "Emergency Motion to Vacate, Stay, and Reset Appellate Briefing Schedule."  Mot. [16].  In this motion, Appellant acknowledges that it must purchase the transcripts in order to view them and asks the Court to stay the appeal and all deadlines until it can secure access.  Appellant's request is granted.  The prior deadlines are vacated, and all briefing deadlines are stayed until Friday, September 5, 2014.  On or before September 5, 2014, Appellant should update the Court on its efforts to obtain access to the transcripts and propose a new briefing schedule.

**SO ORDERED AND ADJUDGED** this the 29th day of August, 2014.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE
